IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| MICHAEL WAYNE SHRADER, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:23-CV-00477 |
| § | JUDGE MICHAEL J. TRUNCALE |
| WARDEN LAUREN ISLE AND § | |
| WARDEN MIKE BOONE, § | |
| § | |
| *Defendants*. § | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE
## FOR WANT OF PROSECUTION

On December 28, 2023, Plaintiff filed his Original Civil Complaint in this Court. [Dkt. 1]. At the time of filing, Plaintiff was represented by Mark Leiberman. On April 22, 2024, the Court received a letter from Kathleen Lieberman advising the Court that Mr. Leiberman had passed away. [Dkt. 2]. On January 10 and 13, 2025, the Court contacted Plaintiff via email confirming the death of his former counsel and requesting the status of his case. Plaintiff responded via email on January 27, 2025, providing the Court his contact information. On April 9, 2025, Plaintiff emailed the Court advising of his efforts to hire new counsel. The Court responded via email and requested Plaintiff keep the Court updated on his efforts to secure new counsel. The Court received no further communication from Plaintiff and on May 22, 2025, entered an Order Regarding Status giving Plaintiff thirty (30) days in which to obtain new counsel. [Dkt. 5]. The Order was forwarded to Plaintiff via email and Certified Mail/Return Receipt Requested. On June 20, 2025, the Clerk received the Certified Mail envelope marked "RTS-Unclaimed." [Dkt. 6]. Since April 2025, Plaintiff has made no effort to contact the Court and provide a status of this matter. No service has been requested on Defendants.

"A district court may dismiss an action for failure of a plaintiff to prosecute or to comply with any order of court." *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988) (citing Fed. R. Civ. P. 41(b)). "The court possesses the inherent authority to dismiss the action *sua sponte*, without motion by a defendant." *Id.* (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962)).

The Court's May 22, 2025 Order gave Plaintiff notice that his suit may be dismissed for want of prosecution if he failed to comply with the Court's Order.

It is therefore **ORDERED** that Plaintiff Michael Wayne Shrader's claims in this matter are **DISMISSED WITHOUT PREJUDICE**.

The Clerk is **INSTRUCTED** to forward a copy of this Order to Plaintiff via Email and Certified Mail/Return Receipt Requested as follows:

> **via Email at mshrader211@gmail.com**
> **via Certified Mail/Return Receipt Requested at:**
>
> Michael W. Shrader
> 27818 Golden Oak Chase Ct.
> Spring, TX 77386

The Clerk is further **INSTRUCTED** to close this case.

**SIGNED this 2nd day of August, 2025.**

*[signature]*
Michael J. Truncale
United States District Judge